168 P.2d 253

CITY OF TUCSON, a Municipal Corporation, Appellant, v. APACHE MOTORS, a corporation; Tucson Laundry & Dry Cleaners, a corporation; J. Knox Corbett Lumber Co., a corporation; William F. Curtayne, John W. Shelton and William F. Cox, co-partners, transacting business under the name and style of Unit Laundry and Dry Cleaners; and Tucson Warehouse & Transfer Company, a corporation, Appellees.

No. 4828.

Supreme Court of Arizona.

April 22, 1946.

Thomas J. Elliott, City Atty., of Tucson, for appellant.

Darnell & Robertson and Bilby & Shoenhair, all of Tucson, for appellees.

PER CURIAM.

This case involves the same questions of law in reference to the facts submitted as contained in the opinion in the case of City of Tucson v. O'Reilly Motor Company, 64 Ariz. 240, 168 P.2d 245. The facts grew out of the same rain storm and in reference to the same water way or tunnel as the facts were in that case.

Accordingly on authority of the case of City of Tucson v. O'Rielly Motor Company, supra, the judgment of the trial court herein is affirmed.